# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TAMMY DALTON, : | |
| Plaintiff, : | |
| : | Case No. 3:16-cv-00057 |
| vs. : | |
| : | District Judge Walter H. Rice |
| NANCY A. BERRYHILL, : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | |
| Security Administration, : | |
| Defendant. : | |

# DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on January 5, 2018 (Doc. #22) is ADOPTED in full;

2. The Motion For Allowance Of Attorney Fees filed by Plaintiff's counsel (Doc. #20) is GRANTED, and the Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b) in the total amount of $11,958.00;

3. Plaintiff's counsel is ordered to refund directly to Plaintiff the amount of attorney fees previously paid to her counsel under the Equal Access to Justice Act (Doc. #19); and

4. The case remains terminated on the Court's docket.

					_____
					Walter H. Rice
					United States District Judge